ADKINS, J.,
concurring and dissenting.
Respectfully, I disagree with the Majority’s holding that Ms. Marshall had a private cause of action under Md.Code (1993, 2008 Repl. Vol., 2013 Cum.Supp.), § 3-507.2 of the Labor and Employment Article (“LE”). I agree with the Circuit Court and the Court of Special Appeals that under a plain language interpretation, an employee can only bring a § 3-507.2 action, with its attendant treble damages and attorney’s fees, if the employer “fails to pay an employee in accordance with § 3-502 or § 3-505.” LE § 3-507.2. Safeway violated neither LE § 3-502 nor LE § 3-505. Rather, in response to a wage garnishment, it made a deduction from Ms. Marshall’s wages that failed to comply with LE § 3-503. If the Legislature had intended to allow an employee to bring a § 3-507.2 action for the employer’s failure to comply with LE § 3-503, it certainly knew how to say so. I agree with all other aspects of the Majority opinion, and like the Majority, I would affirm the judgment of the Court of Special Appeals.